**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Ibn Shabazz, | |
| Plaintiff, | |
| v. | Civ. Action No.  10-1920  (KSH) |
| Woodbridge Police Dept., et al. | |
| Defendants. | **ORDER** |

**Katharine S. Hayden, U.S.D.J.**


This matter having come before the Court by way of submission filed November 1, 2010,

which reflects that the plaintiff has a new address and seeks to have his case reinstated;

and the Court having issued an order dismissing the case without prejudice because the plaintiff

has not complied with his obligation under L. Civ. R. 10.1 to provide his current address to the

Court; and the plaintiff having now complied with his obligation under L. Civ. R. 10.1;


IT IS THEREFORE on this 9th day of November, 2010

ORDERED that the order dismissing this case, [Docket No. 6] is vacated and the

Complaint is reinstated; and it is further,

ORDERED that the Clerk shall update the docket to reflect the plaintiff's new address,

which is set forth in Docket No. 8;  and it is further,

ORDERED that the Order dated September 21, 2010 [Docket No. 2] is reinstated; and it
is further,

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of South Woods State Prison; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summons and the United States Marshal shall serve summons and copies of the Complaint and this Order upon Defendants Woodbridge Police Department, Det. Christopher Lyons, Det. S. Bodnar, Det. Mullany, Det. Sgt. Laudadio, with all costs of service advanced by the United States; and it is further,

ORDERED that, pursuant to 42 U.S.C. § 1997e(g)(2), Defendants who are served shall file and serve a responsive pleading within the time specified by Fed.R.Civ.P. 12; and it is further,

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further,

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

/s/Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.